JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY MURRAY, | ) | No. CV 14-2531 CAS (FFM) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: April 21, 2014

_____
CHRISTINA A. SNYDER
United States District Judge